FRIEDA STEINBERG et al., Respondents, v. JOHN ROSENBLUM, INC., Defendant, and RAYMOND CONCRETE PILE COMPANY, Appellant.— Order affirmed, with $20 costs and disbursements to respondents. All concur, except Callahan, J., who dissents in memorandum as follows: On this record it is sufficiently clear that Raymond Concrete Pile Company did not undertake to assume the obligation of John Rosenblum, Inc., with respect to claims of injury to adjacent properties and, therefore, summary judgment should be awarded in favor of Raymond Concrete Pile Company. Present — Peck, P. J., Dore, Cohn, Callahan and Botein, JJ. [See *post*, p. 948.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LAWRENCE ZUCKER-MAN, Appellant.— Judgment unanimously reversed, the information dismissed and fine remitted, upon the ground that the guilt of the defendant was not established beyond a reasonable doubt. Present — Peck, P. J., Dore, Cohn, Callahan and Botein, JJ.

ALBERT WOLF, Respondent, v. GIMBEL BROTHERS INCORPORATED, Appellant.— Plaintiff's false arrest and imprisonment case was pleaded and presented to the jury in the form of two separate causes of action, fixed by the order of events rather than the unity of the alleged wrong. Defendant's exception to the submission to the jury of plaintiff's case in this form was belated and taken after no objection had been made in this respect to the complaint or the charge. However, the total verdict was clearly excessive, and its excessiveness may well have been induced by the fact that the jury assessed damages on each of the two causes of action. Accordingly, the judgment appealed from should be reversed and a new trial granted, with costs to appellant, unless plaintiff shall stipulate to decrease the total verdict to the sum of $2,500, in which event the judgment, as so modified, is affirmed, with costs to plaintiff-respondent. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Callahan and Botein, JJ.

LILLIAN R. MATLAW, Respondent, v. ASSOCIATED DRY GOODS CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Botein, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS DI MAGGIO, Appellant.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Botein, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DENNIS EDWARDS, Appellant.— Order unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Botein, JJ.